IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUG CARTER, and LINDA CARTER, ) | CASE NO. 8:00CV530 |
| ) | and cases previously consolidated |
| Plaintiffs, ) | 8:00CV531; 8:00CV532; 8:00CV533; |
| ) | 8:00CV534; 8:00CV535; 8:00CV536; |
| V. ) | 8:00CV537; 8:01CV27; 8:01CV28; |
| ) | 8:02CV293 |
| TYSON FRESH MEATS, INC. F/K/A ) | |
| IBP, INC., ) | |
| ) | ORDER |
| Defendant. ) | |

This matter is before the Court upon review of the Plaintiffs' Motion to Reinstate Dr. Kaye Kilburn, M.D., as an Expert Witness and to Supplement Dr. Kilburn's Expert Reports (i.e., Filing No. 393 in 8:00cv530). Having briefly reviewed the memorandum of law and the evidence offered in support of the motion, the Court concludes that additional information must be provided to explain or support the motion. Specifically, the Plaintiffs are asked to explain what is meant by the phrase "clarification of the law of the Eighth Circuit" as used on page 6 of their brief; to specifically identify those areas of Dr. Kilburn's reports that will be supplemented; and to summarize the content of the proposed supplementation. Accordingly,

IT IS ORDERED:

1. The Plaintiffs shall submit a Supplemental Statement consisting of no more than three pages relating to the Motion to Reinstate Kaye Kiburn, M.D. The Supplemental Statement shall a) set forth the clarification of Eighth Circuit law that purportedly supports their request; b) identify the areas of Dr. Kilburn's reports that they seek to supplement; and c) provide a summary of the supplemental opinions; and

2. The Supplemental Statement shall be filed on or before November 15, 2006; and Defendant's response to the Motion to Reinstate Dr. Kaye Kilburn and to Supplement shall be filed on or before November 29, 2006.

DATED this 9th day of November, 2006.

        BY THE COURT:

        s/Laurie Smith Camp
        United States District Judge