IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MURRAY LARSON, and JOAN LARSON, | ) ) ) | CASE NO. 8:00CV529<br>8:00CV530, 8:00CV531<br>8:00CV532, 8:00CV533 |
| Plaintiffs, | ) ) | 8:00CV534, 8:00CV535<br>8:00CV536, 8:00CV537 |
| V. | ) ) | 8:01CV28, 8:02CV293 |
| TYSON FRESH MEATS, INC., | ) ) | ORDER APPROVING SETTLEMENT |
| Defendant. | ) | |

This matter is before the Court upon the parties' Joint Motion for Approval of Confidential Settlement and Execution of Release on Behalf of Minors. The Court has reviewed the terms and conditions of the proposed Confidential Settlement Agreement and Mutual Release filed under seal and the additional information provided by Plaintiffs in response to the Court's request for *in camera* review. In consideration of all the information provided to the Court, the Court finds that terms and conditions of the proposed settlement agreement in the form presented under seal are fair and reasonable as to the minors represented in these actions. The Court concludes that the Joint Motion for Approval of the Confidential Settlement and Execution of Release on Behalf of Minors should be approved.

Accordingly, it is ordered as follows:

1.  The Joint Motion for Approval of Confidential Settlement and Execution of Release on Behalf of Minors is granted:

     8:00CV529 at Filing No. 468
     8:00CV530 at Filing No. 425
     8:00CV531 at Filing No. 430
     8:00CV532 at Filing No. 424
     8:00CV533 at Filing No. 431
     8:00CV534 at Filing No. 431

        8:00CV535 at Filing No. 427
        8:00CV536 at Filing No. 422
        8:00CV537 at Filing No. 425
        8:01CV028 at Filing No. 414
        8:02CV293 at Filing No. 354;

2. The Court expressly finds that the terms and conditions described in the Confidential Settlement Agreement and Mutual Release are fair and reasonable under the circumstances presented;

3. Those Plaintiffs who are acting in one or all of the capacities as parents, natural guardians, best friends and next friends on behalf of minor children are hereby authorized to execute the Confidential Settlement Agreement and Mutual Release on behalf of the minor children, and those minor children shall be bound by the terms and conditions of the Confidential Settlement Agreement and Mutual Release;

4. Those Plaintiffs who are acting in one or all of the capacities as parents, natural guardians, best friends and next friends on behalf of minor children are hereby authorized to seek dismissal of these actions with prejudice on behalf of their minor children, with the express condition that each party will bear their own attorneys' fees and costs; and

5. An order dismissing these lawsuits in accordance with the terms of settlement provided to the Court shall be effective as against those parties who are minor children.

DATED this 23rd day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge