IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WENDY JEAN MODLIN, On her own behalf and as mother, natural guardian and best friend to Ashton Harder, Shelby Harder and Cole Modlin,** | ) ) ) ) ) ) | CASE NO. 8:00CV531 |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| V. | ) ) | |
| **TYSON FRESH MEATS, INC., f/k/a IBP, INC.,** | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion for Dismissal with Prejudice. The Court finds that the joint motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be granted. Accordingly,

IT IS ORDERED:

1. The Joint Motion for Dismissal with Prejudice (Filing No. 437) is granted;

2. The complaint and all claims in this matter are dismissed with prejudice in accordance with and subject to the terms of the Order Approving Settlement dated March 23, 2007; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 30th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge